IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DANNY EUGENE IVIE          §
(TDCJ No. 1719844),        §
                           §
          Plaintiff,       §
                           §
V.                         §          No. 3:13-cv-3157-P
                           §
GREG ABBOTT, ET AL.,       §
                           §
          Defendants.      §

## ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.  Plaintiff's Motions to Amend Complaint filed on October 18, 2013 [16] and [18] are denied.

SO ORDERED this 18th day of November, 2013

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE